246 November 26, 2025 No. 1018

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RICHARD ROBERT LEE,
*Defendant-Appellant.*

Linn County Circuit Court
23CR13242; A185406

Brendan J. Kane, Judge.

Submitted October 10, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Remanded for resentencing; otherwise affirmed.

**LAGESEN, C. J.**

Defendant pleaded guilty to one count of failure to report as a sex offender, ORS 163A.040, and one count of failure to appear on a criminal citation, ORS 133.076. The judgment provides, among other terms, that defendant shall pay any required per diem fees as to each count. On appeal, defendant challenges the requirement that he pay per diem fees on the ground that that requirement was not announced in open court at sentencing. The state concedes the error, and we agree and accept the state's concession. *See State v. Barr*, 331 Or App 242, 244, 545 P3d 772, *rev den*, 372 Or 720 (2024) (remanding for resentencing when requirement to pay per diem fees was not announced in open court at sentencing).[1]

Remanded for resentencing; otherwise affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.